**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02640-REB

WYERS PRODUCTS GROUP,

    Plaintiff,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Cequent's Motion To Partially Dismiss Under Rule 12(B)(6)** [#14] and the **Memorandum in Support of Cequent's Motion To Partially Dismiss Under Rule 12(B)(6)** [#15] filed December 12, 2012.  The motion and brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard II.E.1 and IV.B1.

    Dated:  December 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.