# Exhibit A



CEQUENT PERFORMANCE PRODUCTS, INC.

47912 Halyard Drive • Suite 100 • Plymouth, MI 48170 • www.cequentgroup.com

CUSTOMER SERVICE: PHONE 800-632-3290 • FAX 800-249-3827

EMAIL: customerservice@cequentgroup.com • technicalservice@cequentgroup.com

DISTRIBUTION CENTERS

USA
California
Distribution Center
3783 S. Willow Ave. #104
Fresno, CA 93725

USA
Florida
Distribution Center
105-21 NE Green Blvd.
Starke, FL 32091-4535

USA
Indiana
Distribution Center
84 Commercial Road
Building 1
Huntington, IN 46750

USA
Pennsylvania
Distribution Center
3 Bishop Place
Camp Hill, PA 17011

USA
Texas
Distribution Center
3203 Post & Paddock
Suite 100
Grand Prairie, TX 75050

CANADA
Burlington
Distribution Centre
1549 Nottawa Court
Unit #3
Burlington, ON L7P 3R7

© Cequent Performance Products, Inc. All products & specifications are subject to change without notice. Printed in the USA P/N 909271-2012  REV A  11/11 Ver. 2012



# WE URGE
## ALL OTHER HITCH MANUFACTURERS
# TO ADOPT

TESTED TOUGH

## TEST STANDARDS
## AS DEMANDING
# AS OURS

**Our hitches have been Tested Tough more than twice as long as most other hitch brands have been around.**

We've been testing beyond industry standards for more than **45 years**. That's important, because you can be sure even Draw-Tite hitches purchased long ago were Tested Tough by a constantly updated, state-of-the-art lab – and have been tested by generations of field experience ever since.

We test every component of every hitch, every which way, and we always have.

**TESTED TOUGH MEANS YOU GET A HITCH WITH:**

**Maximum Flexibility**—Deflection testing 20% beyond industry standard requirements means more resilience, greater shock absorption.

**Optimum Strength**—Fatigue testing well beyond industry specs ensures fracture-free, long-term performance.




**DRAW-TITE**
AMERICA'S FAVORITE HITCH

WWW.DRAW-TITE.COM

*Tested Tough means that you get a hitching system that holds its own no matter what the world can dish out.*

---

# DRAW-TITE

**Draw-Tite** is the premier manufacturer of custom trailer hitches. Each hitch must pass rigorous testing to become TESTED TOUGH.™ Draw-Tite® leads the industry with the most complete line of hitches, towing products and vehicle accessories.




**Tekonsha®** is the industry leader and innovator in electric trailer brake controls and breakaway systems. No matter what you are towing, Tekonsha can help you trip it.

**TEKONSHA®**

**Fulton®** jacks, winches, and couplers combine innovative design, performance and style with quality and value, making them the most popular choice for recreational and marine applications.

**FULTON**

**Bargman®** lighting products provide complete solutions for the recreational vehicle industry. As a leading supplier to the transportation industry since 1931, Bargman has established itself as a trusted partner to commercial truck and light-duty trailer manufacturers and their respective aftermarkets.

**Bargman.**

# REESE

**Reese®** Elite fifth wheels, Sidewinder, 5th Airborne and weight distribution systems are designed and built to haul up to the heaviest of loads. Known for "Pioneering Performance", Reese® offers a complete line of towing accessories.



**Bulldog®** gooseneck hitches, gooseneck couplers, trailer couplers and wedge-latch removable couplers feature a high-strength, heavy duty design that makes them the most tough and Trusted. Bulldog® jacks are also Tough and Trusted and built with accompanishing strength and materials engineered to hold up under rigorous working conditions.

**BULLDOG**



# HIDDEN HITCH.

**Hidden Hitch®** hitches and receivers have a low profile design to complement the rear contours and aero dynamic styling of today's vehicles.




**Tow Ready®** products include T-One® connectors, ModuLite® power modules, electrical adapters and accessories, to help make your electrical connections easy. Tow Ready® also has receiver and coupler locks for securing your hitches and trailers, and profile hooks and accessories.

**TOW READY**




**Wesbar®** incandescent and LED vehicle and trailer lighting products provide an extensive variety of lighting and reflector options for agricultural, industrial, marine, recreational, and utility trailers and vehicles. The expanded offering of waterproof, sealed and submersible lighting products is a result of Wesbar's continued commitment to the Marine Trailer Market.

**Wesbar.**



**Pro Series™** offers the best values in one of the widest product lines in the towing market including fifth wheel hitches, gooseneck hitches, weight distribution system, receiver hitches, jacks, couplers, winches, brake controls, breakaway system and cargo management items. Pro Series products are made by the best names in the business and balance performance and features with price.

**PRO SERIES**



**ROLA®** is the source for all things cargo management. Rola helps you transport gear on your roof, hitch or inside your vehicle, and always in style. For the best bike carriers, cargo baskets & bags, roof racks, luggage carriers, organizers and accessories, ROLA has you covered.

**ROLA**




# DRAW-TITE® CUSTOM BUILT TRAILER HITCHES

**DRAW-TITE GIVES YOU TOP QUALITY IN EVERY HITCH AND RECEIVER WE MAKE:**

- Solid all-welded construction for maximum strength and safety.

- Custom built according to manufacturer vehicle weight specifications and model year to ensure perfect fit and top towing performance.

- All Draw-Tite hitches meet and exceed V-5 and SAE J684 standards and are inspected for quality and workmanship.

- Computer-aided design and fatigue stress testing ensure a strong design that will withstand road abuse within specified capacities.

- Finish is black powder coat over e-coat (industry leading corrosion resistance).

- Backed by a nationwide limited lifetime warranty.

# SELECTING THE RIGHT HITCH

- Determine the Gross Trailer Weight and Gross Tongue Weight of the trailer that you would like to tow. Check with the trailer manufacturer or if you are not sure, have it towed to a government inspection scale. Remember that the G.T.W. should reflect a fully loaded trailer.

- Consult your vehicle's owner's manual to determine if your vehicle is rated to safely tow your trailer.

- Use the chart to figure out the minimum "Class" of hitch that is required.

- Consult a Draw-Tite dealer to find out which hitches are available for your vehicle. Or visit our website: www.draw-tite.com.



RECEIVER HITCHES

## RECEIVER HITCHES

Draw-Tite® Receiver Hitches - Class I / II

Draw-Tite® Receiver Hitches - Class III / IV

Draw-Tite® Receiver Hitches - Class V Ultra Frame®

Draw-Tite® Receiver Hitches - Class V Ultra Frame® with Cast Center Section

Hidden Hitch® Receiver Hitches - Class I / II

Hidden Hitch® Receiver Hitches - Class III / IV

Reese® Receiver Hitches - Class III / IV

Reese® Receiver Hitches - Class V Titan®

Reese® Receiver Hitches - Super Titan®

Pro Series™ Receiver Hitches - Class I / II

Pro Series™ Receiver Hitches - Class III / IV

## ULTRA FRAME® CLASS V RECEIVER HITCHES

Ultra Frame® Class V Receiver Hitches

Ultra Frame® Class V Receiver Hitches with Cast Center Section

Ultra Frame® Ball Mounts

Ultra Frame® Hitch Balls

Ultra Frame® Trunnion Style Weight Distribution

Ultra Frame® Work Truck Hitch

## TITAN® CLASS V RECEIVER HITCHES

Titan® Class V Receiver Hitches

Titan® Ball Mounts

Titan® Hitch Balls

Titan® Receiver Extensions / Reducer Sleeve

Titan® Trunnion Style Weight Distribution

## SUPER TITAN® RECEIVER HITCHES

Super Titan® Receiver Hitches

Super Titan® Ball Mounts with Hitch Balls

Super Titan® Accessories

Super Titan® Pintle Hook Mount

## MOTORHOME HITCHES

Multi-Fit Motorhome Hitches

Universal Motorhome Hitches

Motorhome Class III Receiver Hitches

Step Bumper Hitches

Class III Roll Pan Receiver Hitches

## FRONT MOUNTED RECEIVERS / ACCESSORIES

Front Mounted Receivers

Front Mounted Receiver Accessories

## HITCH ACCESSORIES

Combo Bars

Fasteners

Safety Chain Loops



©2011 Cequent Performance Products, Inc.  P/N 98929-2012  Rev. A.  11/11 for 2012



## DRAW-TITE GIVES YOU TOP QUALITY IN EVERY HITCH AND RECEIVER WE MAKE:



- Solid all-welded construction for maximum strength and safety
- Custom built according to manufacturer & model year to ensure perfect fit and top towing performance
- Computer-aided design and fatigue stress testing ensure a strong design that will withstand road abuse within specified capacities
- All hitches meet or exceed V-5 and SAE J684 standards and are inspected for quality and workmanship
- Backed by a nationwide limited lifetime warranty
- Black powder coat finish over e-coat

### CLASS I SPORTFRAME™ Part No. Series 24XXX



- 1-1/4" square receiver tube opening
- Economical Class I receiver style hitch
- Comes complete with removable drawbar, pin and clip
- Attaches to vehicle frame and/or bumper
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 2,000 lbs. | Up to 200 lbs. |

### CLASS II FRAME HITCH™ Part No. Series 36XXX



- 1-1/4" square receiver tube opening
- Receiver style hitch with removable drawbar
- Comes complete with removable drawbar, pin and clip
- Neat appearance and all frame attachments
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 3,500 lbs. | Up to 300 lbs. |

## NOW YOU SEE IT, NOW YOU DON'T!

## ONCE INSTALLED THE INVISIBLE HITCH IS COMPLETELY HIDDEN FROM VIEW!

### CLASS I/II INVISI-HITCH™ Part No. Series 285XX

- 1-1/4" square receiver tube opening
- One piece construction for a stronger hitch and easier installation
- Direct attachment allows hitch to be affixed well under vehicle for minimum visibility when drawbar is removed
- Includes mounting hardware and easy to read instructions
- Removable drawbar & accessory adapter sold separately
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 3,500 lbs. | Up to 300 lbs. |



28351
sold separately

28451
sold separately



**New**

**HITCH / ACCESSORY - RATING GUIDE**
Scan this barcode with your mobile phone to access:
www.cequentgroup.com/accessrating.asp





## CLASS III/IV SQUARE & ROUND TUBE MAX-FRAME™ RECEIVERS Part No. Series 75XXX

- 2" square receiver tube opening
- Max-Frame receivers are designed for customers with trucks, vans and sport utility vehicles
- Designed for today's stylish sport utility vehicles, round tube receivers complement vehicle appearance
- All frame attachments
- Black powder coat finish over e-coat
- Ball mount, hitch ball, wiring and accessories sold separately
- J-Pin® ready
- 75XXX ball mounts #23 and #53 are available (Max-Frame Program)

**15 MORE TW/GTW ▶**

| Description | Maximum Rated Capacity | |
|---|---|---|
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 8,000 lbs. | Up to 1,200 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |



## CLASS III/IV MAX-E-LOADER™ RECEIVERS Part No. Series 41XXX

- 2" square receiver tube opening
- Max-E-Loader's long side bracket design distributes the towing load over a greater portion of the tow vehicle frame
- All frame attachments
- J-Pin® ready
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
|---|---|---|
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 6,000 lbs. | Up to 600 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |



## CLASS V ULTRA FRAME® RECEIVERS Part No. Series 419XX

- 2" square receiver tube opening
- Designed for full-size long wheelbase trucks, vans and utility vehicles with full frames and heavy-duty suspensions
- Ideal for high tongue weight applications (Example: Toy Hauler)
- Strong, secure heavy-duty side bracket design
- All frame attachments
- J-Pin® ready
- Black powder coat finish over e-coat
- **NEW!** Redesign of Ultra Frame® receivers to include Cast Center Section
  - New rugged appearance
  - Cast steel material
  - Bigger chain loops
  - Tighter ball mount fit
  - Reinforced pin hole

*See page A-5 for accessories
for the Ultra Frame Receivers*



**ULTRA FRAME® RECEIVERS
With Cast Center Section**

**15 MORE TW/GTW ▶**

| Description | Maximum Rated Capacity | |
|---|---|---|
| | Gross Trailer Wt. | Tongue Wt. |
| **CLASS V ULTRA FRAME® RECEIVERS** | | |
| Weight Carrying | Up to 15,000 lbs. | Up to 1,500 lbs. |
| Weight Distributing | Up to 16,000 lbs. | Up to 1,600 lbs. |
| **CLASS V ULTRA FRAME® RECEIVERS WITH CAST CENTER SECTION** | | |
| Weight Carrying | Up to 16,000 lbs. | Up to 2,400 lbs. |
| Weight Distributing | Up to 16,000 lbs. | Up to 1,600 lbs. |

*NOTE:  Contact Customer Service for availability of new Cast Center Section part numbers*

**RECEIVER HITCHES**



## ULTRA FRAME® SOLID SHANK BALL MOUNTS



STYLE 1

STYLE 3

| Part No. | Rating (lbs.) GTW/TW | Ball Hole Size | A Length | B Rise | C Drop | Style |
|---|---|---|---|---|---|---|
| 4280 | 12,000/1,200 | 1-1/4" | 8-1/2" | 1" | 2" | 1 |
| 4284 | 12,000/1,200 | 1-1/4" | 12" | 1" | 2" | 1 |
| 4281 | 12,000/1,200 | 1-1/4" | 8-1/2" | 3" | 4" | 3 |
| 4285 | 12,000/1,200 | 1-1/4" | 12" | 3" | 4" | 3 |
| 4282 | 12,000/1,200 | 1-1/4" | 9-1/2" | 5" | 6" | 3 |
| 4283 | 12,000/1,200 | 1-1/4" | 9-1/2" | 7" | 8" | 3 |

## ULTRA FRAME® HITCH BALLS



*All hitch balls designed with wrench flats*

| Ball Dia. A | Finish Zinc | Finish Chrome | Shank Dia. B | Shank Length C | Drawbar Thickness Range | GTW GVWR Rating |
|---|---|---|---|---|---|---|
| 2-5/16" | 63835 | 63834 | 1-1/4" | 2-3/4" | 3/8"-1" | 12,000 |
| 2-5/16" | - | 63836 | 1-1/4" | 2-3/4" | 3/8"-1" | 14,000 |
| 2-5/16" | - | 63840 | 1-1/4" | 2-3/4" | 3/8"-1" | 20,000 |

## ULTRA FRAME® WEIGHT DISTRIBUTING TRUNNION STYLE



- Raised hitch ball platform eliminates the need for raised hitch balls
- Easy-to-use serrated washer
- Forged ball platform and spring bar mounts
- Rated up to 15,000 lbs. GTW / 1,500 lbs. TW

66131

| Part No. | Description | Gross Trailer Wt. | Tongue Wt. |
|---|---|---|---|
| 66131 | Weight Distibuting Hitch | 15,000 lbs. | 1,500 |

*Use Shank #63970 or #63971*

**See page A-4 for Ultra Frame™ Receivers**

RECEIVER HITCHES

# ULTRA FRAME® WORK TRUCK HITCH

## MANUFACTURED FOR SERVICE BODY & FLAT BED STAKE TRUCKS



#41991 - 62" Center Section

## MIX & MATCH CENTER SECTION AND SIDE BRACKETS



#4916 - Side Bracket Kit



#4907 - Side Bracket Kit



#58374 - End Caps are also avaiable

#41990 - 44" Center Section

- VERSATILE FOR VARIOUS MAKES AND MODELS

- FABRICATION KIT REQUIRES WELDING

- 41991 SATISFIES DOT SEC. 393 .86 (B) (1)

## ULTRA FRAME® SERVICE BODY RECEIVERS

| Part No. | Description | GTW | TW |
|----------|-------------|-----|-----|
| 41991-07 | Includes 41991 (62") & 4907 | 16,000 lbs. | 1,600 lbs. |
| 41991-16 | Includes 41991 (62") & 4916 | 16,000 lbs. | 1,600 lbs. |
| 41990-07 | Includes 41990 (44") & 4907 | 16,000 lbs. | 1,600 lbs. |
| 41990-16 | Includes 41990 (44") & 4916 | 16,000 lbs. | 1,600 lbs. |

**RECEIVER HITCHES**

A-6

©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev.A. 11/11 for 2012





## HIDDEN HITCH - FEATURES AND BENEFITS

- Low profile design to compliment the rear contours and aerodynamic styling of today's vehicles
- Removable drawbars and ball mounts enhance the appearance of the vehicle when not in use
- Custom designed hitches are specific to vehicle type and model year for simple installation and superior fit
- Custom designed hitches reduce cutting of bumper and drilling
- All hitches meet or exceed V-5 and SAE J684 standards and are inspected for quality and workmanship
- Backed by a nationwide limited lifetime warranty
- Black powder coat finish over e-coat



### CLASS I Part No. Series 6XXXX

- Sleek design built to enhance the rear contour of the vehicle in 1-1/4" square drawbar
- Comes complete with removable drawbar, pin and clip
- Hitch ball, wiring and accessories sold separately
- Contoured round tube design where appropriate

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 2,000 lbs. | Up to 200 lbs. |



### CLASS II Part No. Series 9XXXX

- 1-1/4" square receiver tube opening
- One piece construction for a stronger hitch and easier installation
- Direct attachment allows hitch to be affixed well under vehicle for minimum visibility when drawbar is removed
- Comes complete with removable drawbar, pin and clip
- Hitch ball, wiring and accessories sold separately

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 3,500 lbs. | Up to 300 lbs. |

**NOW YOU SEE IT, NOW YOU DON'T!**
**ONCE INSTALLED THE INVISIBLE HITCH IS COMPLETELY HIDDEN FROM VIEW!**

### CLASS I/II INVISI-HITCH™ Part No. Series 285XX

- 1-1/4" square receiver tube opening
- One piece construction for a stronger hitch and easier installation
- Direct attachment allows hitch to be affixed well under vehicle for minimum visibility when drawbar is removed
- Includes mounting hardware and easy to read instructions
- Drawbar, accessory adapter, hitch ball, wiring and accessories sold separately

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 3,500 lbs. | Up to 300 lbs. |





28351
sold separately

28451
sold separately

©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev. A. 11/11 for 2012





## CLASS III/IV SERIES Part No. Series 7XXXX, 825XX, 87XXX

• 2" square receiver tube opening
• Includes mounting hardware and easy to read instructions
• Ball mount sold separately on 825XX
• Ball mount, hitch ball, wiring and accessories sold separately
• J-Pin® ready (Only on new hitch designs)
• 7XXXX & 87XXX ball mounts #127 and #139 are available
  (Receiver Plus Program)



**15 MORE TW/GTW ▶**

| Description | Maximum Rated Capacity | |
| | Gross Trailer Wt. | Tongue Wt. |
| --- | --- | --- |
| Weight Carrying | Up to 8,000 lbs. | Up to 1,200 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |

## CLASS III/IV UNIVERSAL MULTI-FIT RECEIVER

• SHIPPED IN RETAIL CARTON
• Up to 6,000 lbs. / 600 lbs. WC - 10,000 lbs. / 1,000 lbs. WD
• Designed to fit a wide range of pick-up trucks
• Includes hitch receiver cover, mounting hardware and easy to read instructions
• Ball mount, hitch ball, wiring and accessories sold separately

| Part No. | Description |
| --- | --- |
| 82000 | Class III/IV Multi-Fit Receiver |



**New**

**HITCH / ACCESSORY - RATING GUIDE**
Scan this barcode with your mobile phone to access:
www.cequentgroup.com/accessrating.asp

## QUICK DEFINITIONS

**GTW** = Gross Trailer Weight ... Weight of the trailer fully loaded
**TW** = Tongue Weight ... Weight exerted by the trailer coupler on the hitch ball
**WC** = Weight Carrying ... Tow rating capacity of a hitch without a weight distributing system
**WD** = Weight Distributing ... Tow rating capacity of a hitch when using a weight distributing system

**RECEIVER HITCHES**



## REESE GIVES YOU TOP QUALITY IN EVERY HITCH AND RECEIVER WE MAKE:



- Solid all-welded construction for maximum strength and safety
- Custom built according to manufacturer & model year to ensure perfect fit and top towing performance
- Computer-aided design and fatigue stress testing ensure a strong design that will withstand road abuse within specified capacities
- All hitches meet or exceed V-5 and SAE J684 standards and are inspected for quality and workmanship
- Backed by a nationwide limited lifetime warranty
- Black powder coat finish over e-coat

## CLASS III/IV PROFESSIONAL RECEIVERS

**Part No. Series 33XXX, 44XXX**
- 2" square receiver tube opening
- Round tube designs available on some models
- Includes distinctive patented collar and plug
- Ball mount, pin & clip sold separately
- Many applications are "no drill" for fast and easy installation
- Black powder coat finish over e-coat

 **MORE TW/GTW** ▶

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 8,000 lbs. | Up to 1,200 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |

## CLASS III/IV PREMIUM RECEIVERS

**Part No. Series 35XXX, 36XXX, 37XXX**
- 2" square receiver tube opening
- Round tube designs available on some models
- Boxed for easy shipping
- Includes distinctive patented collar and plug
- Ball mount, pin & clip sold separately
- Designed for a great custom fit
- Many applications are "no drill" for fast and easy installation
- Black powder coat finish over e-coat



| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 7,500 lbs. | Up to 750 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |

## QUICK DEFINITIONS

**GTW** = Gross Trailer Weight ... Weight of the trailer fully loaded
**TW** = Tongue Weight ... Weight exerted by the trailer coupler on the hitch ball
**WC** = Weight Carrying ... Tow rating capacity of a hitch without a weight distributing system
**WD** = Weight Distributing ... Tow rating capacity of a hitch when using a weight distributing system



## CLASS III/IV MULTI-FIT RECEIVERS



Part No. 37034, 37051, 37069, 37152

- 2" square receiver tube opening
- 4 hitch models fit full-size pick-up trucks, SUVs and full-size vans, and light pick-up trucks
- 37034 & 37051 features a contemporary round tube design
- Boxed for easy shipping
- Includes distinctive patented collar and plug
- Ball mount, pin & clip sold separately
- Black powder coat finish over e-coat
- Limited 3 year warranty

| | Maximum Rated Capacity | |
|---|---|---|
| Description | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 7,000 lbs. | Up to 700 lbs. |
| Weight Distributing | Up to 12,000 lbs. | Up to 1,200 lbs. |



## CLASS V TITAN® RECEIVERS Part No. Series 45XXX

- 2-1/2" square receiver tube opening
- Designed for full-size long wheelbase trucks, vans and utility vehicles with full frames and heavy-duty suspensions
- Ideal for high tongue weight applications (Toy Hauler & Commercial)
- Strong, secure heavy-duty side bracket design
- All frame attachments
- Pin, clip and receiver tube cover included
- Welded electrical bracket included

*See page A-11 for accessories for the Titan Receivers*

| | Maximum Rated Capacity | |
|---|---|---|
| Description | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 18,000 lbs. | Up to 2,000 lbs. |
| Weight Distributing | Up to 18,000 lbs. | Up to 2,500 lbs. |




**HITCH / ACCESSORY - RATING GUIDE**
Scan this barcode with your mobile phone to access:
www.cequentgroup.com/accessrating.asp

**RECEIVER HITCHES**





45322        45122



*New*

45325



*All hitch balls built with wrench flats*



45292



58102



**RECEIVER HITCHES**

## CLASS V TITAN® RECEIVERS Part No. Series 45XXX 

- Large 2-1/2" square receiver opening allows for larger capabilities
- Designed for heavy duty use with 3/4 & 1-ton vehicles only
- Fits most full-size pickups and SUVs
- Designed to fit with standard factory step bumper
- Ideal for high tongue weight applications (Toy Hauler & Commercial)

| | Maximum Rated Capacity | |
|---|---|---|
| Description | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 18,000 lbs. | Up to 2,000 lbs. |
| Weight Distributing | Up to 18,000 lbs. | Up to 2,500 lbs. |

## TITAN® BALL MOUNTS

- 2-1/2" square shank for use exclusively with Titan® receivers

| Part No. | Rating (lbs.) GTW/TW | Ball Hole Size | A Length | B Rise | C Drop | Style |
|---|---|---|---|---|---|---|
| 45122 | 14,000/1,400 | 1-1/4" | 9-1/2" | 1-1/2" | 3" | 3 |
| 45123 | 13,000/1,300 | 1-1/4" | 10" | 3-1/2" | 5" | 3 |
| 45291 | 13,000/1,300 | 1-1/4" | 10-1/2" | - | 7-3/4" | 3 |
| 45322 | 18,000/2,000 | 1-1/4" | 10" | 1-1/2" | 3" | 3 |
| 45323 | 18,000/2,000 | 1-1/4" | 10" | 3-1/2" | 5" | 3 |

| Part No. | Description | Rating (lbs.) GTW/TW | Shank Length | Ball Size |
|---|---|---|---|---|
| 45325 | Titan® Tri-Ball Mount, Hollow Shank, Black Balls | 2,000/200<br>10,000/1,000<br>14,000/1,400 | 8-3/4"<br>8-3/4"<br>7-1/2" | 1-7/8"<br>2"<br>2-5/16" |

## TITAN® HITCH BALLS

| Ball Dia. A | Finish Zinc | Finish Chrome | Shank Dia. B | Shank Length C | Drawbar Thickness Range | GTW GVWR Rating |
|---|---|---|---|---|---|---|
| 2-5/16" | - | 63836 | 1-1/4" | 2-3/4" | 3/8"-1" | 14,000 |
| 2-5/16" | - | 63840 | 1-1/4" | 2-3/4" | 3/8"-1" | 20,000 |

## TITAN® RECEIVER EXTENSIONS

- Ideal for slide-out campers with extended overhangs
- 2" opening for use w/standard ball mounts & hitch-mounted accessories
- For use with Titan® receivers only
- Integrated electrical bracket attached

| Part No. | Description | Length | WC(lbs.) | WD(lbs.) |
|---|---|---|---|---|
| 45292 | Receiver Extension | 24" | 6,000 | 8,000 |
| | | 34" | 4,500 | 6,000 |
| 45018 | Receiver Extension | 41" | 5,000 | 7,500 |
| | | 48" | 4,000 | 6,000 |

## TITAN® REDUCER SLEEVE

- Reduces 2-1/2" Titan® receiver to 2" opening for hitch-mounted accessories

| Part No. | Description |
|---|---|
| 58102 | Titan® Reducer Sleeve from 2-1/2" to 2" |

## TITAN® WEIGHT DISTRIBUTING TRUNNION STYLE

- Trunnion style WD kit with integrated cams for use with Dual Cam Sway Control
- Perfect for use with horse trailers and RV's with **heavy tongue** weights, great for agricultural, marine and recreational use
- Adjustable hitch bar sold separately

| Part No. | Description | Gross Trailer Wt. | Tongue Wt. |
|---|---|---|---|
| 66006 | Weight Distibuting Hitch | 17,000 lbs. | 1,700 |

*Use Shank #54976 or #54977*

©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev. A. 11/11 for 2012




38124

**SUPER TITAN BALL MOUNT (INCLUDED)**


38208


38211

38023

**SUPER TITAN BALL MOUNT (INCLUDED)**


38180


38735    58388

38186

## SUPER TITAN® 4000 - 25K

- Large 3" square receiver opening
- Rated for 25,000 lbs. weight carry capacity; 4,000 lbs. tongue weight
- Dual stacked receiver tubes for proper height adjustments
- Two electrical plug and air brake hook up mounting locations for easy trailer attachments
- For frame widths from 34" to 34-1/2"
- Air brake fittings for easy trailer hookups
- 2-5/16" ball and ball mount included
- Pin & clip included

*Note: 38124 is 14-1/2" from bottom of frame to bottom of dual stacked receiver tube Note: 38208 is 10-1/2" from bottom of frame to bottom of dual stacked receiver tube*

| Part No. | Description |
|----------|-------------|
| 38124 | Super Titan® 4000 25K Weld-On Receiver w/3" Sq. Ball Mount & 2-5/16" Ball, Includes 3/4" Pin & Clip |
| 38208 | Super Titan® 4000 25K Bolt-On Receiver w/3" Sq. Dual Ball Mount, 2" & 2-5/16" Balls, Includes 3/4" Pin & Clip |

## SUPER TITAN® 3000 - 20K

- Large 3" square receiver opening
- 20,000 lbs. weight carry capacity; 3,000 lbs. tongue weight
- Adjustable cross tube for proper height
- Two electrical plug and air brake hook up mounting locations for easy trailer attachments
- Air brake hook up locations
- 2-5/16" ball and ball mount included
- Pin & clip included
- For frame widths from 33-1/2" to 34-1/2"
- Welds to frame of vehicle

*Note: 38023 is 10" from bottom of frame to bottom of receiver tube*
*Note: 38211 is 14-1/2" from bottom of frame to bottom of receiver tube*

| Part No. | Description |
|----------|-------------|
| 38023 | Super Titan® 3000 20K Weld-On Receiver w/3" Sq. Ball Mount & 2-5/16" Ball, Includes 3/4" Pin & Clip |
| 38211 | Super Titan® 3000 20K Weld-On Receiver w/3" Sq. Ball Mount & 2-5/16" Ball, Includes 3/4" Pin & Clip |

## SUPER TITAN® DUAL BALL MOUNT

- For 3" square receivers • 9" Length
- Includes 2" (17,000 lbs.) & 2-5/16" (25,000 lbs.) hitch balls

| Part No. | Description |
|----------|-------------|
| 38180 | Super Titan® Dual Ball Mount |

## SUPER TITAN® ACCESSORIES

| Part No. | Description |
|----------|-------------|
| 58388 | Super Titan® 3/4" Hitch Pin and Clip for 3"Square |
| 38735 | Super Titan® Reducer Sleeve from 3" to 2" |

## SUPER TITAN® PINTLE HOOK MOUNT

- Designed for 3" receivers
- Converts 3" receivers for use with pintle-type trailers, quickly and easily
- Provides mounting for both ball and combo pintle hooks
- Pin and clip must be ordered separately (3/4" hitch pin diameter required)

| Part No. | Description |
|----------|-------------|
| 38186 | Super Titan® Pintle Hook Mount, 25,000 lbs. capacity |

**RECEIVER HITCHES**

## PRO SERIES™ RECEIVER HITCHES



- Solid all-welded construction for maximum strength and safety
- Custom built according to manufacturer & model year to ensure perfect fit and top towing performance
- Computer-aided design and fatigue stress testing ensure a strong design that will withstand road abuse within specified capacities
- All hitches meet or exceed V-5 and SAE J684 standards and are inspected for quality and workmanship
- Backed by a nationwide 3-year limited warranty
- Black powder coat finish over e-coat



### CLASS I RECEIVERS Part No. Series 51XXX

- 1-1/4" square receiver tube opening
- Economical Class I receiver style hitch
- Comes complete with removable drawbar, pin and clip
- Attaches to vehicle frame and/or bumper
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 2,000 lbs. | Up to 200 lbs. |



### CLASS II RECEIVERS Part No. Series 51XXX

- 1-1/4" square receiver tube opening
- Receiver style hitch with removable drawbar
- Comes complete with removable drawbar, pin and clip
- Neat appearance and all frame attachments
- Black powder coat finish over e-coat

| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 3,500 lbs. | Up to 300 lbs. |

### CLASS III/IV SQUARE & ROUND TUBE RECEIVERS

Part No. Series 51XXX

- 2" square receiver tube opening
- Pro Series™ receivers are designed for customers with trucks, vans and sport utility vehicles
- Designed for today's stylish sport utility vehicles, round tube receivers complement vehicle appearance
- All frame attachments
- J-Pin® ready
- Black powder coat finish over e-coat



| Description | Maximum Rated Capacity | |
| --- | --- | --- |
| | Gross Trailer Wt. | Tongue Wt. |
| Weight Carrying | Up to 6,000 lbs. | Up to 600 lbs. |
| Weight Distributing | Up to 10,500 lbs. | Up to 1,050 lbs. |

## QUICK DEFINITIONS

**GTW** = Gross Trailer Weight ... Weight of the trailer fully loaded

**TW** = Tongue Weight ... Weight exerted by the trailer coupler on the hitch ball

**WC** = Weight Carrying ... Tow rating capacity of a hitch without a weight distributing system

**WD** = Weight Distributing ... Tow rating capacity of a hitch when using a weight distributing system



**RECEIVER HITCHES**


5350

## MULTI-FIT MOTORHOME HITCH

- 2" receiver tube accepts all standard utility ball mounts, providing ball height adjustment for level towing
- Simple three-piece construction makes assembly and installation fast and easy
- Attachment hardware included
- J-Pin® ready
- Black powder coat finish over e-coat



| Part No. | Description |
|----------|-------------|
| **5350** | Motorhome Hitch, Adjusts 24"-46" wide 6,000/750 lbs. WD – 5,000/500 lbs. WC |


82200

## UNIVERSAL MOTORHOME HITCH

- Frame brackets are adjustable



| Part No. | Description |
|----------|-------------|
| **82200** | Motorhome Hitch, Adjusts 31"-46" wide 6,000/750 lbs. WD – 5,000/500 lbs. WC |
| **82201** | Motorhome Hitch, Adjusts 47"-71" wide 3,500/300 lbs. WC |


36010

## MOTORHOME CLASS III RECEIVER

- Features adjustable brackets to fit different frame widths
- Ideal for Class A & Class C motorhomes
- 2" hitch box opening



| Part No. | Description |
|----------|-------------|
| **36010** | 5,000 WC, universal up to 46" wide |


81378

## STEP BUMPER HITCHES

- Do not exceed maximum GTW of bumper or hitch
- Not to be used with weight distributing systems
- May require modification or additional spacers for installation on late model pick-ups



| Part No. | Description |
|----------|-------------|
| **81378** | Class II Step Bumper and Receiver Hitch not for use with weight distributing equipment |


82574

## CLASS III ROLL PAN RECEIVERS Part No. Series 8257X

- Up to 5,000 lbs. / 500 lbs. WC - 7,500 lbs. / 750 lbs. WD
- Designed to fit late model pick-up trucks with factory close-out panels or after-market roll pans
- May require cutting of the roll pan
- May require use of a flip-down license plate bracket - not included
- Includes mounting hardware and easy to read instructions

| Part No. | Year | Application | Roll Pan Style | O.E.M. or Aftermarket | Through License Plate or Below | Spare tire May be Retained Under Vehicle Except |
|----------|------|-------------|----------------|----------------------|-------------------------------|------------------------------------------------|
| **82574** | 88-00 | Chevy/GMC Full Size Pickup Old Body Style | 1 | Aftermarket | Through | P245/75R16, P265/75R16 on short box models only |
| **82575** | 99-05 | Chevy/GMC New Body Style | 1 | Aftermarket | Through | P245/75R16 on short box models only |
| **82571** | 83-04 | Chevy/GMC S-10, S-15, Sonoma | 2 | OEM | Through | All on short box only |

ROLLPAN


1


2


3


4


5

**RECEIVER HITCHES**



## FRONT MOUNTED RECEIVERS

**Part No. Series 65XXX**

- Up to 9,000 lbs. Line Pull / 500 lbs.TW
- 2" square receiver tube opening
- Front mounted receivers offer a secure and useful attachment point
- All frame attachments
- J-Pin® ready
- Black powder coat finish over e-coat

**Draw-Tite®**


6495

## WINCH ADAPTER

Our front mounted receivers are rated for 9,000 lbs. line pull. This makes them ideal for use with winches. We offer a winch adapter that connects the winch to the receiver. They accept most models of Superwinch, Ramsey and Warn. Will not fit with S-4500 Superwinch.

| Part No. | Description |
|----------|-------------|
| 6495 | Winch Mounting Plate |
| 6980 | Handle Kit for #6495 Winch Mounting Plate |


6980
6715

## SPARE TIRE CARRIER

The spare tire carrier is ideal for relocating spare tires to the front of the vehicle using a front mounted receiver. It has a universal bolt pattern for mounting a variety of tire sizes.

| Part No. | Description |
|----------|-------------|
| 6715 | Spare Tire Carrier |


6758

## WORK STEP

The work step is useful for gaining access to engine compartment, particularly with 4WD vehicles. Can also be used on rear Class III/IV receivers.

| Part No. | Description |
|----------|-------------|
| 6758 | Work Step |


5443

## LICENSE PLATE ADAPTER

Some States and Provinces require a front license plate. The license plate adapter offers a simple solution where the front hitch interferes with the plate.

| Part No. | Description |
|----------|-------------|
| 5443 | License Plate Adapter |

## FOLD DOWN LICENSE PLATE HOLDER

| Part No. | Description |
|----------|-------------|
| 49802 | Fold Down License Plate Holder |


49802

## RECEIVER TUBE SKID SHIELD

Off road enthusiasts know what this one is for. It is recommended for use with receivers that are mounted below the bumper.

| Part No. | Description |
|----------|-------------|
| 6771 | Receiver Tube Skid Shield |


6771

©2011 Cequent Performance Products, Inc. P/N 98929-2012  Rev. A.  11/11 for 2012



3006
5692
11029

## COMBO BARS - UNPAINTED

Designed for use in fabricating undercar receiver hitches when a receiver is not available.
- Made of cold formed structural tubing
- Sized and punched to fit all common weight distributing hitch ball mounts or utility ball mounts

| Part No. | Length | Dia. | Ring |
|---|---|---|---|
| 2850 | 6" | 2" x 2" | Standard |
| 11081 | 8" | 2" x 2" | Standard |
| 2851 | 12" | 2" x 2" | Standard |
| 2898 | 18" | 2" x 2" | Standard |
| 2852 | 24" | 2" x 2" | Standard |
| 2853 | 36" | 2" x 2" | Standard |
| 2854 | 48" | 2" x 2" | Standard |
| 3006 | 6" | 1-1/4" x 1-1/4" | Standard |
| 5691 | 12" | 2" x 2" | Cast |
| 5692 | 18" | 2" x 2" | Cast |
| 11029 | 18" | 2-1/2" x 2-1/2" | Cast |



80806
80812
80818

## COMBO BARS - PAINTED

| Part No. | Length | Dia. | Ring |
|---|---|---|---|
| 80806 | 6" | 2" x 2" | Standard |
| 80812 | 12" | 2" x 2" | Standard |
| 80818 | 18" | 2" x 2" | Standard |



49803

## FASTENERS

- Bulk Packaged

| Part No. | Description |
|---|---|
| 1591 | Fastener Assortment (Hex bolts, blocks, etc...) |
| 49803 | Fastener Assortment (Carriage bolts, blocks, etc...) |



34141
1962
4234

## SAFETY CHAIN LOOPS

| Part No. | Description |
|---|---|
| 4234 | 2,000 lbs. Class I Safety Chain Loop |
| 1962 | 5,000 lbs. Class II/III Safety Chain Loop |
| 34141 | 10,000 lbs. Class IV Safety Chain Loop |

**RECEIVER HITCHES**




**580400**

### BULLDOG® LIFELONG® LOCKS DELIVER TRIPLE SECURITY
- Stronger Break Resistance
- Dual Self-locking Design
- High Security Square Key Design
- Includes Dust Cap

### LIFELONG® HITCH LOCKS WITH 5/8" DIAMETER



**580401**    **580402**

| Part No. | Description |
|----------|-------------|
| 580400 | Chrome Bent Shank Lock for Class III & IV |
| 580401 | Chrome Dogbone Lock for Class III & IV |
| 580402 | Stainless Steel Dogbone Lock for Class III & IV |

### LIFELONG® TRAILER LOCK



**580403**    **580404**

| Part No. | Description |
|----------|-------------|
| 580403 | Chrome Coupler Lock |

### LIFELONG® COMBO LOCK

| Part No. | Description |
|----------|-------------|
| 580404 | Chrome Combo Lock Set, 5/8" Dogbone Receiver and Coupler, for Class III & IV |



**580405**

### BULLDOG® LOCKS
- Includes Dust Cap
- Easy Access Models Feature Side Key Entry, Sliding Dust Cap, Lock Housing Rotates 360°

### HITCH LOCKS WITH 5/8" AND 1/2" DIAMETER



**580406**    **580407**

| Part No. | Description |
|----------|-------------|
| 580405 | Stainless Steel Dogbone Lock w/Sleeve for 1-1/4" & 2" Square Receivers |
| 580406 | Stainless Steel Combo Lock Set, 5/8" Dogbone Lock w/Sleeve for 1-1/4" & 2" Square Receivers and Coupler |
| 580407 | Easy Access Lock w/Sleeve for I-1/4" & 2" Square Receivers |

### TRAILER LOCKS



**580408**    **580409**

| Part No. | Description |
|----------|-------------|
| 580408 | Stainless Steel Coupler Lock |
| 580409 | Easy Access Long Coupler Lock |
| 580410 | Easy Access Adjustable Coupler Lock |
| TK100 0100 | Trailer Keeper® Lock - Heavy-duty, hardened steel construction. Adjustable to fit most trailer wheels up to 15". Includes brass lock and key set. |



**580410**



TK100 0100

©2011 Cequent Performance Products, Inc.  P/N 98929-2012  Rev. A.  11/11 for 2012

**HITCH ACCESSORIES**



63234



## HITCH LOCKS WITH 5/8" AND 1/2" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63234*** | Dogbone Lock w/Sleeve for 1-1/4", 2" & 2-1/2" Square Receivers |
| **63248** | Bent Pin Lock w/Extra Pin for 1-1/4" & 2" Square Receivers |

*\* not compatible with 18K Titan® Receivers*



63224

## HITCH LOCKS WITH 1/2" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63224** | Bent Pin Lock for 1-1/4" Square Receivers |



63223

63252

## HITCH LOCKS WITH 5/8" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63223** | Bent Pin Lock for 2" & 2-1/2" Square Receivers |
| **63252** | Dogbone Lock for 2-1/2" Square Receivers, 3-1/2" Span, Class V |
| **63253** | Bent Pin Lock for 2-1/2" Square Receivers, 3-1/2" Span, Class V |

  

63225    63230

## TRAILER LOCKS

| Part No. | Description |
|----------|-------------|
| **63225** | Coupler Lock |
| **63230** | Brass Coupler Lock |
| **63226** | Universal Coupler Lock |
| **63227** | Coupler Lock for 2-5/16" Ball |
| **63228** | Coupler Lock for 2" Ball |

  

63226    63227



63228



63249    63250

## COMBO LOCKS (HITCH, 5/8" & 1/2" DIA., AND TRAILER)

| Part No. | Description |
|----------|-------------|
| **63249** | Combo Lock Set, Bent Pin/Brass Coupler, for 1-1/4" & 2" Square Receivers |
| **63250** | Combo Lock Set, Dogbone Receiver/Coupler, for 1-1/4" & 2" Square Receivers |



63232



63145-025

## SILENT HITCH PIN AND LOCK SYSTEM

Eliminates noise associated with hitch accessories rattling against receiver tube. Unique design holds drawtube tight inside hitch receiver tube. For use with hollow shank ball mounts only.

| Part No. | Description |
|----------|-------------|
| **63232** | Class III Silent Hitch Pin, 5/8" design for 2" Square Receivers w/lock and wrench |
| **63232-025** | Class III Silent Hitch Pin, 5/8" design (25 pack) |
| **63146** | Silent Hitch Pin w/Handle and Clip, 5/8" for 2" Square Receivers |
| **63145-025** | Silent Hitch Pin w/Clip, 5/8" for 2" Square Receivers (25-pack) |

©2011 Cequent Performance Products, Inc.  P/N 98929-2012  Rev. A. 11/11 for 2012

### HITCH / TRAILER / COUPLER LOCKS

Hitch Locks

Trailer Locks

Coupler Locks

Keyed Alike Hitch and Coupler Locks

Trailer Wheel Lock

Silent Hitch Pin Locks

Gooseneck Lock

Fifth Wheel Rail / King Pin Lock

### RETRACTABLE CABLE LOCK

ToyLok® and Accessories

### ACCESSORY LOCKS

Cable Locks

Marine Outboard Motor Lock

Spare Tire Lock



©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev. A. 11/11 for 2012



580400

## BULLDOG® LIFELONG® LOCKS DELIVER TRIPLE SECURITY

- Stronger Break Resistance
- Dual Self-locking Design
- High Security Square Key Design
- Includes Dust Cap

## LIFELONG® HITCH LOCKS WITH 5/8" DIAMETER

| Part No. | Description |
|----------|-------------|
| 580400 | Chrome Bent Shank Lock for Class III & IV |
| 580401 | Chrome Dogbone Lock for Class III & IV |
| 580402 | Stainless Steel Dogbone Lock for Class III & IV |



580401          580402

## LIFELONG® TRAILER LOCK

| Part No. | Description |
|----------|-------------|
| 580403 | Chrome Coupler Lock |

## LIFELONG® COMBO LOCK

| Part No. | Description |
|----------|-------------|
| 580404 | Chrome Combo Lock Set, 5/8" Dogbone Receiver and Coupler, for Class III & IV |



580403          580404



580405

## BULLDOG® LOCKS

- Includes Dust Cap
- Easy Access Models Feature Side Key Entry, Sliding Dust Cap, Lock Housing Rotates 360°

## HITCH LOCKS WITH 5/8" AND 1/2" DIAMETER

| Part No. | Description |
|----------|-------------|
| 580405 | Stainless Steel Dogbone Lock w/Sleeve for 1-1/4" & 2" Square Receivers |
| 580406 | Stainless Steel Combo Lock Set, 5/8" Dogbone Lock w/Sleeve for 1-1/4" & 2" Square Receivers and Coupler |
| 580407 | Easy Access Lock w/Sleeve for I-1/4" & 2" Square Receivers |



580406          580407

## TRAILER LOCKS

| Part No. | Description |
|----------|-------------|
| 580408 | Stainless Steel Coupler Lock |
| 580409 | Easy Access Long Coupler Lock |
| 580410 | Easy Access Adjustable Coupler Lock |
| TK100 0100 | Trailer Keeper® Lock - Heavy-duty, hardened steel construction. Adjustable to fit most trailer wheels up to 15". Includes brass lock and key set. |



580408          580409



580410



TK100 0100

©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev. A. 11/11 for 2012



63234



## HITCH LOCKS WITH 5/8" AND 1/2" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63234*** | Dogbone Lock w/Sleeve for 1-1/4", 2" & 2-1/2" Square Receivers |
| **63248** | Bent Pin Lock w/Extra Pin for 1-1/4" & 2" Square Receivers |

*\* not compatible with 18K Titan® Receivers*



63224

## HITCH LOCKS WITH 1/2" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63224** | Bent Pin Lock for 1-1/4" Square Receivers |



*New*

63223

63252

## HITCH LOCKS WITH 5/8" DIAMETER

| Part No. | Description |
|----------|-------------|
| **63223** | Bent Pin Lock for 2" & 2-1/2" Square Receivers |
| **63252** | Dogbone Lock for 2-1/2" Square Receivers, 3-1/2" Span, Class V |
| **63253** | Bent Pin Lock for 2-1/2" Square Receivers, 3-1/2" Span, Class V |

*New*





63225

63230





63226

63227



63228

## TRAILER LOCKS

| Part No. | Description |
|----------|-------------|
| **63225** | Coupler Lock |
| **63230** | Brass Coupler Lock |
| **63226** | Universal Coupler Lock |
| **63227** | Coupler Lock for 2-5/16" Ball |
| **63228** | Coupler Lock for 2" Ball |



*New*

63249

63250

## COMBO LOCKS (HITCH, 5/8" & 1/2" DIA., AND TRAILER)

| Part No. | Description |
|----------|-------------|
| **63249** | Combo Lock Set, Bent Pin/Brass Coupler, for 1-1/4" & 2" Square Receivers |
| **63250** | Combo Lock Set, Dogbone Receiver/Coupler, for 1-1/4" & 2" Square Receivers |



63232

## SILENT HITCH PIN AND LOCK SYSTEM

Eliminates noise associated with hitch accessories rattling against receiver tube. Unique design holds drawtube tight inside hitch receiver tube. For use with hollow shank ball mounts only.

| Part No. | Description |
|----------|-------------|
| **63232** | Class III Silent Hitch Pin, 5/8" design for 2" Square Receivers w/lock and wrench |
| **63232-025** | Class III Silent Hitch Pin, 5/8" design (25 pack) |
| **63146** | Silent Hitch Pin w/Handle and Clip, 5/8" for 2" Square Receivers |
| **63145-025** | Silent Hitch Pin w/Clip, 5/8" for 2" Square Receivers (25-pack) |



63145-025

**LOCKS**

©2011 Cequent Performance Products, Inc. P/N 98929-2012 Rev. A. 11/11 for 2012