**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02640-REB

WYERS PRODUCTS GROUP, a Colorado corporation,

    Plaintiff,

v.

TRIMAS CORPORATION,
CEQUENT PERFORMANCE PRODUCTS, d/b/a REESE,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Unopposed Motion To Withdraw Cequent's Amended Motion To Partially Dismiss Under Rule 12(b)(6) Without Prejudice** [#26] filed February 15, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion To Withdraw Cequent's Amended Motion To Partially Dismiss Under Rule 12(b)(6) Without Prejudice** [#26] filed February 15, 2013, is **GRANTED**;

    2.  That **Cequent's amended Motion To Partially Dismiss Under Rule 12(b)(6)** [#18] filed December 13, 2012, is **WITHDRAWN**; and

    3.  That Cequent may re-file its Rule 12(b)(6) motion with supporting memorandum if the court denies Cequent's separate motion to dismiss under Rule 12(b)(1) [#23], which Cequent must file within seven days of such denial.

    Dated:  February 20, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.