# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02640-REB

WYERS PRODUCTS GROUP, INC.

    Plaintiff,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

## ORDER

Having reviewed the parties' Stipulated Motion for Extension of Time to File Joint Claim Construction Statement, and having found good cause therein, the Court hereby **GRANTS** that Motion and **ORDERS** the parties to file their joint claim construction statement by April 26, 2103. The Court's October 9, 2012, Order for Briefing on *Markman* Issues [#5] remains in effect in all other respects.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2013.

                                                                                 _____
                                                                                 United States District Judge