**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02640-REB

WYERS PRODUCTS GROUP, a Colorado corporation,

    Plaintiff,

v.

TRIMAS CORPORATION,
CEQUENT PERFORMANCE PRODUCTS, d/b/a REESE,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Cequent's Motion To Extend Deadline To File Joint Claim Construction Statement** [#35] filed April 18, 2013, is **GRANTED**. The joint claim construction statement shall be filed on or before **October 10, 2013.**

    Dated: September 16, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.