IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02640–REB–KMT

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the parties' Joint Status Report. (Doc. No. 65, filed Sept. 30, 2013.) The stay of discovery is LIFTED. A Scheduling Conference is set for October 15, 2013 at 10:45 a.m. in Courtroom C-201 before Magistrate Judge Kathleen M. Tafoya. The parties shall submit their proposed scheduling order, pursuant to the District of Colroado Electronic Case Filing ("ECF") Procedures V.5.12, on or before October 8, 2013. In addition, to the extent that they have not already done so, the parties the parties are directed to confer in accordance with Fed. R. Civ. P. 26(f) no later than October 8, 2013 and shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) no later than October 15, 2013.

Dated: October 1, 2013