IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02640–REB–KMT

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Leave for Cequent's Cleveland-Based Counsel to Appear at Scheduling Conference by Phone" (Doc. No. 70, filed Oct. 11, 2013) is GRANTED.  Mr. Cupar and Mr. Cavanagh may attend the Scheduling Conference telephonically by calling chambers, 303-335-2780, at the scheduled time.

Dated: October 15, 2013