# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-02640-REB

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

     Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS,

     Defendant.

## MINUTE ORDER[1]

     On October 28, 2013, the court conducted a telephonic setting conference to set a *Markman* hearing. After conferring with counsel and with their consent,

     **IT IS ORDERED** that on **February 21, 2014**, commencing at 9:00 a.m., the court shall conduct a *Markman* hearing in this case. The court has reserved the remainder of the day for this hearing.

     Dated: October 28, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.