IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02640-REB-KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, INC. et al.,

        Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

        Defendant.

---

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY
AND WITHDRAWAL OF CEQUENT'S PENDING MOTION FOR EXTENSION

---

In accordance with D.C.COLO.LCiv.R 7.1(A), Wyers Products Group, Inc., Philip W. Wyers (collectively, "Wyers") and Cequent Performance Products, Inc. ("Cequent") now stipulate that they each may have an extension of time not exceeding 16 days, such that each party will serve written responses to the other's first set of requests on or before December 4, 2013. Specifically, by that date, Cequent will serve its written responses to Wyers' First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission, and Wyers will serve its written responses to Cequent's First Set of Interrogatories and First Set of Requests for Production. The parties further stipulate that this resolves Cequent's pending motion for extension [#88], and they stipulate to its withdrawal. In accordance with D.C.COLO.LCivR 6.1.E, each undersigned attorney certifies that he has simultaneously served his client with this stipulation by email.

Dated: November 18, 2013

Respectfully submitted,

| | |
|---|---|
| s/ Alexander C. Clayden<br>Aaron P. Bradford<br>Alexander C. Clayden<br>Jessie L. Pellant<br>LATHROP & GAGE LLP<br>US Bank Tower<br>950 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (720) 931-3200<br>Fax: (730) 931-3201<br>Email:  abradford@lathropgage.com<br>           aclayden@lathropgage.com<br>           jpellant@lathropgage.com<br><br>*Attorneys for Plaintiffs Wyers Products Group, Inc. and Philip W. Wyers* | s/ Matthew J. Cavanagh<br>David B. Cupar<br>Matthew J. Cavanagh<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, Ohio 44114<br>t 216.348.5730 │ f 216.348.5474<br>dcupar@mcdonaldhopkins.com<br>mcavanagh@mcdonaldhopkins.com<br><br>and<br><br>Andrew J. Petrie<br>BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300<br>Denver, Colorado 80202-5596<br>petriea@ballardspahr.com<br><br>*Counsel for*<br>*Cequent Performance Products, Inc* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND WITHDRAWAL OF CEQUENT'S PENDING MOTION FOR EXTENSION** with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following:

Aaron P. Bradford
LATHROP & GAGE, LLP
950 Seventeenth Street
Suite 2400
Denver, Colorado 80202
abradford@lathropgage.com
t 720.931.3214
f 720.931.3201

*Counsel for
Plaintiffs*

   s/ Matthew J. Cavanagh
*Counsel for
Cequent Performance Products, Inc.*