IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02640-REB-KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, INC. et al.,

        Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

        Defendant.

---

JOINT MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY RELATING TO
CEQUENT'S RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

---

On September 24, 2013, Cequent Performance Products, Inc. moved to dismiss plaintiffs' claims for infringement of the '115 patent [#61]. Briefing on that motion concluded on November 04, 2013 [#82]. Just last Friday, November 15, 2013, the United States Court of Appeals for the Federal Circuit issued a precedential opinion in *Ohio Willow Wood Co. v. Alps South, LLC*, --- F.3d ----, Appeal Nos. 2012-1642, 2013-1024, 2013 WL 6037196 (Fed. Cir. Nov. 15, 2013) (att'd as Exhibit 1). The parties jointly move for leave to submit that opinion to the Court as supplemental authority on the question of collateral estoppel as raised by the parties.

Dated: November 21, 2013                          Respectfully submitted,

  s/ Aaron P. Bradford                                 s/ Matthew J. Cavanagh
Aaron P. Bradford                                 David B. Cupar
Alexander C. Clayden                              Matthew J. Cavanagh
Jessie L. Pellant                                 MCDONALD HOPKINS LLC
LATHROP & GAGE LLP                                600 Superior Avenue, East, Ste. 2100
US Bank Tower                                     Cleveland, Ohio 44114
950 17th Street, Suite 2400                       t 216.348.5730 │ f 216.348.5474
Denver, Colorado 80202                            dcupar@mcdonaldhopkins.com
Phone: (720) 931-3200                             mcavanagh@mcdonaldhopkins.com
Fax: (730) 931-3201
Email:   abradford@lathropgage.com                and
         aclayden@lathropgage.com
         jpellant@lathropgage.com                 Andrew J. Petrie
                                                  BALLARD SPAHR LLP
*Attorneys for Plaintiffs Wyers Products*         1225 17th Street, Suite 2300
*Group, Inc. and Philip W. Wyers*                 Denver, Colorado 80202-5596
                                                  petriea@ballardspahr.com

                                                  *Counsel for*
                                                  *Cequent Performance Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2013, I electronically filed the foregoing **JOINT MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY RELATING TO CEQUENT'S RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following:

Aaron P. Bradford
LATHROP & GAGE, LLP
950 Seventeenth Street
Suite 2400
Denver, Colorado 80202
abradford@lathropgage.com
t 720.931.3214
f 720.931.3201

*Counsel for
Plaintiffs*

    s/ Matthew J. Cavanagh
*Counsel for
Cequent Performance Products, Inc.*