IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02640-REB-KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, INC. et al.,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

---

JOINT MOTION TO SET PATENT DISCLOSURE AND *MARKMAN* DEADLINES FOR '686 PATENT

---

Wyers Products Group, Inc., Philip W. Wyers (collectively, "Wyers"), and Cequent Performance Products, Inc. ("Cequent") jointly move the Court to enter patent disclosure and *Markman* briefing deadlines for U.S. Patent No. 6,722,686 ("the '686 patent").

This Court has set a *Markman* schedule and patent disclosure deadlines for the '121 and '115 patents that Wyers asserts against Cequent. (*See generally* Scheduling Order [#74].) On November 4, 2013, the Court consolidated this case with Case No. 13-cv-02976-REB-KMT. In the latter case, Cequent asserts its '686 patent against Wyers. Since no deadlines have been set for the '686 patent, the parties now request that the Court set a *Markman* briefing schedule and patent disclosure deadlines for the '686 patent as follows:

| Event | Deadline |
|---|---|
| Cequent's Infringement Contentions | November 21, 2013 |
| Joint Claim Construction Statement | December 9, 2013 |
| Wyers' Non-Infringement Contentions | December 20, 2013 |
| Cequent's Opening *Markman* Brief | January 15, 2014 |
| Wyers' Response *Markman* Brief | January 29, 2014 |
| Wyers' Invalidity Contentions | February 4, 2014 |
| Cequent's Reply *Markman* Brief | February 10, 2014 |
| *Markman* Hearing | February 21, 2014 |

Importantly, this proposed schedule has the parties completing their *Markman* briefing on the '686 patent before the Court's February 21, 2014 *Markman* Hearing [#79]. Thus, by adopting this schedule, the Court and the parties can include the '686 patent with the '121 and '115 patents in the February 21st *Markman* Hearing and obviate any need for a second separate hearing on the '686 patent.

For these reasons, the parties respectfully ask the Court to grant this motion and adopt the dates proposed here.

Dated: November 22, 2013

Respectfully submitted,

  s/ Jessie L. Pellant
Aaron P. Bradford
Alexander C. Clayden
Jessie L. Pellant
LATHROP & GAGE LLP
US Bank Tower
950 17th Street, Suite 2400
Denver, Colorado 80202
Phone: (720) 931-3200
Fax: (730) 931-3201
Email:   abradford@lathropgage.com
          aclayden@lathropgage.com
          jpellant@lathropgage.com

*Attorneys for Plaintiffs Wyers Products Group, Inc. and Philip W. Wyers*

  s/ David B. Cupar
David B. Cupar
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5730 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

and

Andrew J. Petrie
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202-5596
petriea@ballardspahr.com

*Counsel for
Cequent Performance Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, I electronically filed the foregoing **JOINT MOTION TO SET PATENT DISCLOSURE AND *MARKMAN* DEADLINES FOR '686 PATENT** with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following:

Aaron P. Bradford
LATHROP & GAGE, LLP
950 Seventeenth Street
Suite 2400
Denver, Colorado 80202
abradford@lathropgage.com
t 720.931.3214
f 720.931.3201

*Counsel for
Plaintiffs*

    s/ David B. Cupar
*Counsel for
Cequent Performance Products, Inc.*