**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02640-REB
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)


WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

      Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Joint Motion For Leave to Submit Supplemental Authority Relating to Cequent's Renewed Motion to Dismiss For Failure to State a Claim** [#97] filed November 21, 2013.  The motion is **GRANTED**, and Exhibit [#97-1], the supplemental authority, is **ACCEPTED** for filing.

      Dated:  November 25, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.