# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02640-REB

WYERS PRODUCTS GROUP, INC. a Colorado corporation, and
PHILIP W. WYERS,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

---

## PLAINTIFFS' RESPONSE TO DEFENDANT'S
## MOTION FOR BLANKET PROTECTIVE ORDER

---

Plaintiffs Wyers Products Group, Inc., and Philip W. Wyers ("Wyers") by and through their undersigned counsel, hereby submit the following Response to Defendant's Motion for Blanket Protective Order and state as follows:

Plaintiffs hereby stipulate to Defendant's Motion for Blanket Protective Order filed on November 27, 2013 (Document #102).

Respectfully submitted, this 12th day of December, 2013.

        LATHROP & GAGE LLP

        s/ *Aaron P. Bradford*
        Aaron P. Bradford
        Alexander C. Clayden
        Jessie L. Pellant
        950 17th Street, Suite 2400
        Denver, Colorado 80202
        Phone:   (720) 931-3200
        Fax:   (720) 931-3201
        Email:   abradford@lathropgage.com
                    aclayden@lathropgage.com
                    jpellant@lathropgage.com

*Attorneys for Plaintiffs Wyers Products Group and Philip W. Wyers*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR BLANKET PROTECTIVE ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David B. Cupar
Matthew J. Cavanagh
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, Colorado 80202
apetrie@featherstonelaw.com

        LATHROP & GAGE LLP

        s/ *Lorraine L. Labash*
        Lorraine L. Labash
        Legal Administrative Assistant