IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12‑cv‑02640‑REB‑KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

    Plaintiffs/Counterclaim Defendants,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant/Counterclaim Plaintiff.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiffs' Withdrawal of Motion for Entry of Stipulated Protective Order" (Doc. No. 110), "Plaintiffs' Motion for Entry of Stipulated Protective Order" (Doc. No. 109), and "Cequent's Motion for Blanket Protective Order" (Doc. No. 102).

Based on "Plaintiffs' Response to Defendant's Motion for Protective Order" (Doc. No. 111), which states that Plaintiffs no longer oppose entry of the Protective Order attached to Defendant's Motion for Protective Order, Plaintiff's Motion to Withdaw (Doc. No. 110) and Defendants' Motion for Protective Order (102) are GRANTED; Plaintiff's Motion for Entry of Stipulated Protective Order (Doc. No. 109) is WITHDRAWN; and the Motion Hearing set for January 16, 2014 is VACATED.  The proposed Protective Order attached to Defendant's Motion for Protective Order (Doc. No. 102-1) will be entered.

Dated:  December 13, 2013