**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02640-REB
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)


WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

     Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The following motions are before the court for consideration: (1) the **Joint Motion To Set Patent Disclosure and *Markman* Deadlines for '686 Patent** [#98] filed November 22, 2013; and (2) plaintiffs' **Unopposed Motion For Extension of Time to File Response and Reply Briefs Regarding Claim Construction of the '686 Patent** [#121] filed January 28, 2014.  After reviewing the motions and the record, the court has concluded that both motions should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Joint Motion To Set Patent Disclosure and *Markman* Deadlines for '686 Patent** [#98] filed November 22, 2013, is **GRANTED**;

     2.  That the patent disclosure deadlines for the '686 patent are as follows:

| Event | Deadline |
|---|---|
| Cequent's Infringement Contentions | November 21, 2013 |

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

| Joint Claim Construction Statement | December 9, 2013 |
|---|---|
| Wyers' Non-Infringement Contentions | December 20, 2013 |
| Cequent's Opening *Markman* Brief | January 15, 2014 |
| Wyers' Response *Markman* Brief | January 29, 2014 |
| Wyers' Validity Contentions | February 4, 2014 |
| Cequent's Reply *Markman* Brief | February 10, 2014 |
| *Markman* Hearing | February 21, 2014 |

     3.  That plaintiffs' **Unopposed Motion For Extension of Time to File Response and Reply Briefs Regarding Claim Construction of the '686 Patent** [#121] filed January 28, 2014, is **GRANTED**; and

     4.  That the deadlines for claim construction briefing relating to U.S. Patent No. 6,722,686 is extended as follows:

          Wyers' Response *Markman* Brief:     January 31, 2014

          Cequent's Reply *Markman* Brief:     February 12, 2014

     Dated:  February 20, 2014