IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02640-REB-KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, INC. et al.,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

    Defendant.

---

### CEQUENT PERFORMANCE'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

---

Cequent Performance Products, Inc. ("Performance") now responds to Wyers Products Group, Inc.'s and Phillip W. Wyers' (collectively, "Wyers") Unopposed Motion for Leave to File Second Amended Complaint [#128].

On March 18, 2014, Wyers filed its motion that seeks to add, through amendment of the complaint, Cequent Consumer Products, Inc. ("Consumer") as a new defendant in addition to Performance. Consumer and Performance are separate and distinct corporate entities. Consumer is an Ohio corporation that is headquartered in Ohio, and Performance is a Delaware corporation that is headquartered in Michigan.

The Court has ordered Performance to file a response "advising whether it <u>consents</u> to the filing of Plaintiff's Second Amended Complaint" [#130]. For reasons of

judicial economy, Performance does not oppose Wyers' motion for leave as filed and, therefore, consents to the filing of the second amended complaint.[1]

Respectfully submitted,

Dated: March 21, 2014

s/ Matthew J. Cavanagh
David B. Cupar
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5730 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

and

Andrew J. Petrie
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202-5596
petriea@ballardspahr.com

*Counsel for*
*Cequent Performance Products, Inc.*

---

[1] By giving this consent, Performance does not waive and expressly reserves its right to appeal from this Court's September 17, 2013, order [#60] granting Wyers' motion to amend the case caption to name Philip W. Wyers as a co-plaintiff and denying Performance's motion to dismiss for lack of subject matter jurisdiction.

{4779565:}                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following:

Aaron P. Bradford, Esq.
LATHROP & GAGE, LLP
950 Seventeenth Street
Suite 2400
Denver, Colorado 80202
abradford@lathropgage.com
t 720.931.3214
f 720.931.3201

*Counsel for*
*Plaintiffs*

    s/ Matthew J. Cavanagh
*Counsel for*
*Cequent Performance Products, Inc.*