IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02640–REB–KMT
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

      Plaintiffs/Counterclaim Defendants,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,

      Defendant/Counterclaim Plaintiff.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion for Leave to File Second Amended Complaint" (Doc. No. 128, filed Mar. 21, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Second Amended Complaint and Jury Demand (Doc. No. 128-1).

Dated: March 21, 2014