EXHIBIT 10

TO

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT RE: ISSUE PRECLUSION

(RESTRICTED DOCUMENT)