IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-02640-REB
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)


WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the Final Pretrial Conference and Trial Preparation Conference set October 3, 2014, at 2:00 p.m., is **VACATED** and is **RESET** to **October 1, 2014**, 1:15 p.m. (MDT).

    Dated: August 26, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.