**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02640-REB
(consolidated with Civil Action No. 13-cv-02976-REB-KMT)

WYERS PRODUCTS GROUP, a Colorado corporation, and
PHILIP W. WYERS,

      Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#242][1] filed June 5, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** is approved;

2. That the jury trial set to commence June 8, 2015, is vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated June 8, 2015, at Denver, Colorado.

      **BY THE COURT:**

      *Bob Blackburn*
      Robert E. Blackburn
      United States District Judge

---

[1] "[#221]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.