**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02640-REB

WYERS PRODUCTS GROUP, INC. et al

    Plaintiffs,

v.

CEQUENT PERFORMANCE PRODUCTS, INC.

    Defendant.

**ORDER RE: MOTION TO OBTAIN CONVENTIONALLY FILED EXHIBIT 10 TO WYERS' RESPONSE TO MOTION IN LIMINE FROM COURT CLERK'S OFFICE**

The matter before me is plaintiffs' **Motion to Obtain Conventionally Filed Exhibit 10 to Wyers' Response to Motion in Limine from Court Clerk's Office** [#245][1] filed June 17, 2015. After due consideration, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiffs' **Motion to Obtain Conventionally Filed Exhibit 10 to Wyers' Response to Motion in Limine from Court Clerk's Office** [#245] filed June 17, 2015, is granted; and

2. That Ms. Lorraine Labash of Holland & Knight may retrieve the prototype of the product at issue, i.e., a coupler lock, in this patent litigation (filed conventionally as [#232][2]) directly from the office of the clerk of court and shall execute a receipt acknowledging receipt of the original prototype.

---

[1] "[#245]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] *See* also Exhibit 10 [#230-10] to the response [#230])

Dated June 17, 2015, at Denver, Colorado.

                                           **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge